IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**HELEN MARROQUIN**,
individually and on behalf of
all those similarly situated,

                Plaintiff,

                Case No. 17-cv-426

    vs.

**KLEENMARK SERVICES CORP.**,

                Defendant.

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff and participating class members, by and through their undersigned counsel, hereby jointly move the Court for a final order approving the settlement of this class action as follows:

1. Finally approving the Settlement Agreement, adjudging its terms to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

2. Finally approving the enhancement payment of $500 to Named Plaintiff, Helen Marroquin;

3. Finally approving the Petition for Class Counsel's Costs and Attorneys' Fees, and awarding Class Counsel costs and attorneys' fees in the total amount of $9,500;

4.  Finally approving the settlement amounts to be paid to the participating settlement class members as detailed in Exhibit B to the Declaration of David C. Zoeller, filed herewith;

5.  Dismissing the Lawsuit and Plaintiff's Complaint on the merits with prejudice, and barring and permanently enjoining, to the fullest extent of applicable law, Named Plaintiff and all class members (aside from those filing timely and valid requests for exclusion) from pursuing any claims that were released against Defendant, as set forth in Sections II.A, II.B, and II.C of the Settlement Agreement.

For the reasons outlined in the memorandum of law filed herewith, Plaintiff believes the Settlement Agreement provides for a fair resolution of the disputes between the parties and respectfully requests that the Court grant final approval of the settlement.

Respectfully submitted this 14th day of June, 2018.

> By: */s/David C. Zoeller*
> **HAWKS QUINDEL, S.C.**
> David C. Zoeller, WI Bar No. 1052017
> Email: dzoeller@hq-law.com
> Caitlin M. Madden, WI Bar No. 1089238
> Email: cmadden@hq-law.com
> 409 East Main Street
> Post Office Box 2155
> Madison, WI 53701-2155
> Telephone: (608) 257-0040
> Facsimile: (608) 256-0236