IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELEN MARROQUIN,
Individually and on behalf of all those similarly situated,

     Plaintiff,

 v.

KLEENMARK SERVICES CORP.,

     Defendant.

ORDER

17-cv-426-jdp

---

On June 21, 2018, the court held a final fairness hearing in this collective and class action under the Fair Labor Standards Act and Wisconsin law. Plaintiff Helen Marroquin appeared by counsel, David Zoeller. Defendant KleenMark Services Corp. appeared by counsel, Robert Driscoll. For the reasons stated during the hearing and in the order preliminarily approving the settlement, Dkt. 25, the court finds that the settlement is fair, reasonable, and adequate. The court will approve the proposed settlement agreement and the petition for attorney fees and close this case.

ORDER

IT IS ORDERED that:

1. Plaintiff Helen Marroquin's unopposed motion for final approval of the collective and class action settlement, Dkt. 39, is GRANTED.

2. Plaintiff's petition for attorney fees, Dkt. 31, is GRANTED.

3. Plaintiff's claims are dismissed with prejudice, and the clerk of court is directed to close this case.

Entered June 21, 2018.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge